# United States Court of Appeals
# for the Federal Circuit

---

November 21, 2014

## ERRATA

---

Appeal No. 2014-1137

## IN RE HOWARD

Decided:  November 13, 2014
Nonprecedential Opinion

---

Please make the following change:

On page one, replace the paragraph:

MICHAEL S. FORMAN, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and FRANCES M. LYNCH, Associate Solicitor. Of counsel was JEREMIAH HELM, Associate Solicitor.

with the following paragraph:

FRANCES M. LYNCH, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, and MICHAEL S. FORMAN, Associate Solicitor. Of counsel was JEREMIAH HELM, Associate Solicitor.